

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

February 2, 1939

Mr. C. Burtt Potter
County Attorney
San Patricio County
Sinton, Texas

Dear Mr. Potter:

Opinion No. O-239
Re: Authority of Board of
Trustees of Independent
School District by majority
vote to designate an assessor
and collector of taxes.

This will acknowledge receipt of your letter of
January 27, 1939, wherein it is requested by you as we have inter-
preted your letter, an opinion by the Attorney General of Texas
on the following question:

Has a Board of Trustees of The Gregory Independent School
District by a majority vote, the authority to select an assessor
and collector of taxes?

Since the Acts of the 40th Legislature of 1925, inde-
pendent school districts are created by election. Article 2758
provides for the organization of such school districts after incor-
poration, and reads in part as follows:

"and by electing a treasurer and an assessor and
collector of taxes . . . ."

The Gregory Independent School District was created by
special Act of the Legislature, by Act of the 37th Legislature,
First Called Session, 1921, House Bill 66, found on page 139,
Special Laws, First Called Session, and said Bill, among other things,
provides:

"The board of trustees of said Gregory Independent
School District are hereby vested and charged with all
the rights, powers, privileges and duties conferred and
imposed by the General Laws of this State upon trustees
of independent school districts created and organized

under the General Laws of this State."

This Independent School District, in our opinion, by virtue of the authority above quoted has authority by a vote of a majority of the members of its Board of Trustees to select a tax assessor and collector, and such assessor and collector can be a person other than the county tax assessor and collector.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Assistant

GSB:N

APPROVED

ATTORNEY GENERAL OF TEXAS